

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00188-CR

Aaron **LEE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR2835
Honorable Kristina Escalona, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's final judgments of conviction are AFFIRMED.

SIGNED September 30, 2025.

_____
Irene Rios, Justice